TRULINCS 13260051 - RHOADS, PHILLIP JASON - Unit: SST-K-C

---

FROM: 13260051
TO:
SUBJECT: Request for Appointment of Counsel
DATE: 04/15/2016 10:34:34 AM

To: The Clerk of the Court for the District of New Mexico
From: Phillip Jason Rhoads
Case No. 1:96CR00571-001 JH
Judge: John E. Conway

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 21 2016

MATTHEW J. DYKMAN
CLERK

This is an request for appointment of counsel from the federal defenders office for a (Johnson/Welch) claim. I was originally represented by Richard D. Goldman, an appointed panel attorney.

Thank You,
Phillip Jason Rhoads
Reg. No. 13260051
F.C.I. Sandstone
P.O. Box 1000
Sandstone MN, 55072

COMMITTED NAME: Philip J. Rhoads
REG. NO. & QTRS.: 13260-051 K-J
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550
18 APR 2016 PM 3 L

⇦ 13260-051 ⇦
Court Clerk
U.S. Courthouse
333 Lomas BLVD NW
Suite 270
Albuquerque, NM 87102
United States

RECEIVED
At Albuquerque NM
APR 21 2016
MATTHEW J. DYKMAN
CLERK

8710227470